IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ADRIAN A. JOHNSON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv1004-MHT |
| | ) | (WO) |
| COREY MASON; et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

Pursuant to the notice of voluntary non suit (doc. no. 8), it is the ORDER, JUDGMENT, and DECREE of the court that defendant R.C. Covington and the claims against him are dismissed with prejudice.  This case remains pending as to the other defendants

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of December, 2010.

                                   /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE