IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ADRIAN A. JOHNSON,         )
                           )
    Plaintiff,             )
                           )     CIVIL ACTION NO.
    v.                     )       2:10cv1004-MHT
                           )           (WO)
COREY MASON; et al.,       )
                           )
    Defendants.            )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion for voluntary dismissal (doc. no. 61) is granted and that defendants Ronnie Benefield and Eddie Ingram are dismissed with prejudice.

It is further ORDERED that the motions to dismiss and strike (doc. nos. 13, 22, and 38) are denied as moot.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Defendants Benefield and Ingram are terminated as parties.**

**DONE, this the 15th day of August, 2011.**

                                <u>  /s/ Myron H. Thompson  </u>
                                **UNITED STATES DISTRICT JUDGE**